UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20141-CR-MARTINEZ

UNITED STATES OF AMERICA

vs.

WALTER IVAN CHAVEZ,

      Defendant.
_____/

## STIPULATED FACTUAL PROFFER

Should this case have proceeded to trial, the United States would be able to prove the following beyond a reasonable doubt:

On February 26, 2020, while on patrol in the Eastern Pacific Ocean, a United States Marine Patrol Aircraft ("MPA") spotted a go-fast vessel ("GFV") approximately 610 nautical miles southwest of Acapulco, Mexico, in international waters and upon the high seas. The Canadian Cutter NANAIMO was in the area and was diverted to investigate. A United States Law Enforcement Detachment Team ("boarding team") was on board the NANAIMO and left the cutter on smaller boats towards the GFV. As the board team approached, the GFV took evasive action. The boarding team observed individuals aboard the GFV jettisoning packages over the side. The boarding team marked the coordinates of the jettisoned packages so the packages could later be retrieved.

*Court Exhibit #1* (handwritten)

Upon the boarding team's arrival to the GFV, they observed three individuals on board who were later identified as WALTER IVAN CHAVEZ, ENRIQUE EUREUDO OLGHINALIVIA, and PABLO STALIN OLGHINALIVIA, all Ecuadorian nationals. The boarding team observed no physical flag, no registration documents, and no homeport or name on the hull of the GFV. There was, however, a yellow over blue over red box on the GFV, similar to the flag of Ecuador. CHAVEZ identified himself as the master of the vessel. CHAVEZ claimed the vessel was registered in Ecuador. Based on this representation, the Government of Ecuador was contacted and advised they could neither confirm nor deny the nationality of the vessel. As a result, the vessel was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

While law enforcement did not locate any narcotics on board the GFV, they were able to recover 40 bales of the jettisoned packages from the water, which field-tested positive for cocaine. The estimated weight of the bales is approximately 1,104 kilograms. All three individuals, along with the 1,104 kilograms of cocaine, were transferred to the NANAIMO.

On March 9, 2020, WALTER IVAN CHAVEZ and ENRIQUE EUREUDO OLGHINALIVIA arrived in the United States where custody of them was turned over to United States law enforcement officers. PABLO STALIN OLGINALIVIA was medevac'd to Mexico for medical reasons.

[THIS AREA INTENTIONALLY LEFT BLANK.]

The parties further agree that there is enough of a factual basis for the Court to make a finding that the vessel in this case was a vessel without nationality and, thus, pursuant to Title 46, United States Code, Section 70502(c), is a vessel subject to the jurisdiction of the United States.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 9 July 2021     By: _____
                          YVONNE RODRIGUEZ-SCHACK
                          ASSISTANT UNITED STATES ATTORNEY

Date: 7/8/2021        By: _____
                          WALTER IVAN CHAVEZ
                          DEFENDANT

Date: 7/8/2021        By: _____
                          HELAINE BATOFF
                          ATTORNEY FOR DEFENDANT